## VANLANDINGHAM *vs.* ACHISON ET AL.

APPEAL FROM THE PARISH COURT, FOR THE PARISH AND CITY OF NEW-
ORLEANS.

In a collision between a steam-boat and flat-boat, by which the latter and its cargo was lost, and the weight of testimony going to show the fault was with the former, the owners thereof were held liable for the loss.

This is an action by the owner of a flat-boat and cargo, against the master and owners of the steamer Mississippian, to recover the sum of one thousand seven hundred and thirty-seven dollars, the value of said boat and cargo, which he alleges was sunk in the Mississippi river, and totally lost, by the negligent conduct and carelessness of the master and officers of the steamer, in running foul of her, and for which the defendants, as owners, are liable.

The defendants pleaded a general denial ; and averred, that if the plaintiff suffered any damage, it was caused by the negligence of the persons in charge of his boat and cargo.

The evidence showed that the flat-boat was run down and sunk by the steamer Mississippian, on the night of the 23d January, 1838 ; but the statements of the witnesses were contradictory as to the manner in which the collision happened. The parish judge inferred from all the circumstances and evidence, that the fault was with the steam-boat ; especially as it was incumbent on her, to show that every

EASTERN DIST. precaution to avoid a collision was used on her part, but
May, 1859. which was not satisfactorily shown.

PECQUET          Judgment was given for the plaintiff, and the defendants
vs.
MAGER. appealed.

LACROIX
vs.          *C. M. Conrad*, for the plaintiff.
MAGER.

*I. W. Smith*, contra.

*Eustis, J.*, delivered the opinion of the court.

This case depends entirely on the weight of testimony which we think, with the parish judge, is in favor of the plaintiff; and giving full effect to the principles of law invoked by the defendants, to the correctness of which we accede, we are forced to the conclusion, that the cause of the collision between the flat-boat and the steam-boat of the defendants was in the fault, and want of due caution of the persons employed on board the steam-boat.

The judgment of the Parish Court is, therefore, affirmed with costs.